# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-1546

———————

| | | |
|---|---|---|
| Sharon K. Boothe, | * | |
| | * | |
| Plaintiff - Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| | * | District Court for the Western |
| | * | District of Arkansas. |
| v. | * | |
| | * | [UNPUBLISHED] |
| Michael J. Astrue, Commissioner | * | |
| of Social Security Administration, | * | |
| | * | |
| Defendant - Appellee. | * | |

———————

Submitted: December 18, 2009
Filed:  January 15, 2010

———————

Before LOKEN, Chief Judge,  BENTON, Circuit Judge, and VIKEN,[1] District Judge.

———————

PER CURIAM.

———————

[1] The Honorable Jeffrey L. Viken, United States District Judge for the District of South Dakota, sitting by designation.

Sharon K. Boothe appeals the district court's[2] order affirming the denial of disability insurance benefits for the period from July 15, 2000 until December 31, 2002. *See Boothe v. Astrue*, No. 08-5007, 2009 WL 117565 (W.D. Ark. Jan. 16, 2009). Having conducted a de novo review of the relevant record and considered Boothe's arguments for reversal, *see Davidson v. Astrue*, 578 F.3d 838, 841-42 (8th Cir. 2009) (standard of review), the court agrees with the district court that substantial evidence in the whole record supports the administrative law judge's decision, and no error of law appears. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____

[2] The Honorable James M. Marschewski, United States Magistrate Judge for the Western District of Arkansas, sitting with the consent of the parties pursuant to 28 U.S.C. § 636(c).